Decided January 26, 1995

RUSSELL GEREN *v.* BOARD OF EDUCATION OF THE TOWN OF BROOKFIELD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 282 (AC 11858), is denied.

*William M. Laviano,* in support of the petition.

*Robert J. Murphy,* in opposition.

Decided January 26, 1995